IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 1:19 CR 468 |
| MICHELE L. WHALEY, | ) ) | Title 18, United States Code Section 641 |
| Defendant. | ) ) | JUDGE BOYKO |

The United States Attorney charges:

COUNT 1
(Theft of Government Property, 18 U.S.C. § 641)

From on or about November 1, 2014, through on or about March 10, 2018, in the Northern District of Ohio, Eastern Division, MICHELE L. WHALEY, in a continuing course of conduct, willfully and knowingly did embezzle, steal, purloin, and convert to her own use, property of the United States exceeding $1,000 in value belonging to the Department of Veterans Affairs ("VA"), an agency of the United States, to wit: MICHELE L. WHALEY, as an employee of the VA, fraudulently claimed and received overtime compensation from the VA with a value of approximately $71,247, in violation of Title 18, United States Code, Section 641.

JUSTIN E. HERDMAN
United States Attorney

By: _____
Robert W. Kern, Chief
White Collar Crimes Unit